January 23, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

## IN THE ESTATE OF FLOYD E. DIXON, DECEASED

## NO. 14-12-01052-CV

_____

This cause, an appeal from the judgment in favor of appellee, Addie Mae Dixon, signed September 18, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Rosalyne M. Dixon Kennedy Taylor, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.